**B9B (Official Form 9B)** (Chapter 7 Corporation/Partnership No Asset Case) (12/07)

# UNITED STATES BANKRUPTCY COURT    Central District Of California

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on September 14, 2009.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, 411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

| Debtor(s) (name(s) and address):<br>All Blueprint Inc<br>501 W Commonwealth Ave<br>Fullerton, CA 92832 | **Case Number:**<br>**8:09–bk–19730–ES** |
|---|---|
| All other names used by the Debtor(s) in the last 8 years (include trade names):<br>Debtor:<br>Joint Debtor: | Last four digits of Social Security or Individual Taxpayer–ID (ITIN) No(s)./Complete EIN:<br>Dbt EIN/Tax I.D.: 35–2276834 |
| Attorney for Debtor(s) (name and address):<br>Robert K Wing<br>2424 SE Bristol St Ste 300<br>Newport Beach, CA 92660<br>Telephone number:  949–261–2246 | Bankruptcy Trustee (name and address):<br>Karen S Naylor<br>P.O. Box 504<br>Santa Ana, CA 92702–0504<br>Telephone number:  (949) 262–1748 |

### Meeting of Creditors:

Date:  **October 28, 2009**    Time:  **08:00 AM**
Location:  **411 W Fourth St., Room 3–110, Santa Ana, CA 92701**

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstanes, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701–4593<br>Telephone number:  714–338–5300 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jon D. Ceretto |
|---|---|
| Hours Open:  9:00 AM – 4:00 PM | Date:  September 14, 2009 |
| **(Form rev. 12/07:341–B9B)** | /AMB |

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. *The trustee is designated to preside at the meeting of creditors. The case is covered by the Chapter 7 blanket bond on file with the Court.* |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the **U. S. Bankruptcy Court, 411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**  You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office at the address listed above. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Failure to File a Statement and/or Schedule(s) | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 15 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial Section 341(a) meeting of creditors and any continuance thereof, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of bankruptcy Code section 521(i)(4), the Court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1)file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section. |
| Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 411 West Fourth Street, Suite 9041, Santa Ana, CA 92701. |

**–– Refer to Other Side for Important Deadlines and Notices ––**

# CERTIFICATE OF NOTICE

```
District/off: 0973-8          User: rambrizC           Page 1 of 2              Date Rcvd: Sep 14, 2009
Case: 09-19730                Form ID: b9b             Total Noticed: 51
```

The following entities were noticed by first class mail on Sep 16, 2009.
```
db          +All Blueprint Inc,   501 W Commonwealth Ave,   Fullerton, CA 92832-1722
aty         +Robert K Wing,   2424 SE Bristol St Ste 300,   Newport Beach, CA 92660-0764
tr           Karen S Naylor,   P.O. Box 504,   Santa Ana, CA 92702-0504
smg          Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
              Sacramento, CA 94280-0001
ust         +United States Trustee (SA),   411 W Fourth St., Suite 9041,   Santa Ana, CA 92701-8000
24611424     AAA BLUEPRING AND DIGITAL,   1018 W LEMON STREET,   ORANGE CA  92867
24611425     ADVANTA MASTERCARD,   PO BOX 8088,   PHILADELPHIA PA  19101-8088
24611426    +ALLIANCE REPORGRAPHICS,   642 COMMONWEALTH AVE,   FULLERTON CA 92832-1771
24611428     AT&T,   PAYMENT CENTER,   SACRAMENTO CA  95887-0001
24611429    +CANNON BUSINESS SOLUTIONS,   300 COMMERCE SQUARE BLVD,   BURLINGTON NJ 08016-1270
24611430     CANON FINANCIAL SERVICES,   14904 COLLECTIONS CENTER DRIVE,   CHICAGO IL  60693-0149
24611431    +CANON FINANCIAL SERVICES INC,   14904 COLLECTIONS CTR,   CHICAGO IL 60693-0149
24611432     CHEVRON TEXACO,   PO BOX 70887,   CHARLOTTE NC  28272-0887
24611433     CITI BUSINESS VISA,   PO BOX 6403,   THE LAKES NV  88901-6403
24611434     CYLIX INC,   3045 REGAL DRIVE,   ALCOA TN  37701-3278
24611435    +DENNIS VASQUENTZ,   CANNON BUS SOLUTIONS,   DENNIS VAZQUEZ,   234 HONEYSUCKLE LANE,
              BREA CA 92821-7008
24611436     EMPLOYMENT DEVELOPMENT,   PO BOX 826203,   SACRAMENTO CA  94230
24611437    +FARMERS AND MERCHANTS BANK,   315 N HARBOR BLVD,   FULLERTON CA 92832-1937
24611438    +FARMERS AND MERCHANTS OF LONG BEACH,   315 N HARBOR BLVD,   FULLERTON CA 92832-1937
24611440     FARMERS MERCHANTS BANK,   715 HARBOR BLVD,   FULLERTON CA  92832
24611441     FIRST EQUITY VISA,   PO BOX 23029,   COLUMBUS GA  31902-3029
24611443     INCS AND LLCS ETCETERIA INC,   1220 ROSECRANS STREET,   SUITE 948,   SAN DIEGO CA  92106-2674
24611445    +INTERSTATE ELECTRIC CO INC,   2240 YATES AVENUE,   LOS ANGELES CA 90040-1914
24611446    +KWIATOWSKA JOLANTA,   103 BUCKTHORN WAY,   CORONA CA 92881-8456
24611447    +MORIER AND COMPANY INC,   3151 AIRWAY AVENUE,   SUITE A-1,   COSTA MESA CA 92626-4606
24611448    +MWB BUS SYSTEMS,   5700 WARLAND DR,   CYPRESS CA 90630-5030
24611449    +NASHUA/DIETZGEH,   9212 BAY SPHERE CIRCLE,   CHICAGO IL 60674-0092
24611451    +OCE FINANCIAL SERVICES,   5600 BROKEN SOUND BLVD,   BOCA RATON FL 33487-3515
24611452    +OCE FINANCIAL SERVICES,   13824 COLLECTIONS CTR,   CHICAGO IL 60693-0138
24611453    +OCE US,   12379 COLLECTIONS CT,   CHICAGO IL 60693-0123
24611454    +ORANGE COUNTY TAX COLLECTOR,   630 N BROADWAY,   SANTA ANA CA 92701-7530
24611455     OVERNITE EXPRESS,   PO BOX 4836,   ANAHEIM CA  92803-4836
24611456    +RANDY PLUMMER,   440 W COMMONWEALTH AVENUE,   FULLERTON CA 92832-1768
24611458    +READ AND CO,   727 VENICE BLVD,   LOS ANGELES CA 90015-3413
24611423    +ROBERT K WING,   ROBERT K WING PLC,   2424 SE BRISTOL,   SUITE 300,   NEWPORT BEACH CA 92660-0764
24611459    +SAKAMAKI AND BAUMGERTNER,   500 N STATE COLLEGE BGLVD,   SUITE 1100,   ORANGE CA 92868-1625
24611460    +SILVERSTEIN AND HUSTON LAW OFFICES,   701 S PARKER STREET,   SUJITE 5500,   ORANGE CA 92868-4720
24611461    +SO CA EDISON,   PO BOX 300,   ROSEMEAD CA 91770-0300
24611462    +STATE BOARD OF EQUALIZATION,   PO BOX 942879,   SACRAMENTO CA 94279-0001
24611463     STATE FARM VISA,   PO BOX 23025,   COLUMBUS GA  31902-3025
24611464     VAZQUEZ D ADRIAN,   234 HONEYSUCKLE LANE,   FULLERTON CA  92832
24611465    +VISUAL IMAGING PRODUCTS,   3631 GRAPEVINE STREET,   MIRA LOMA CA 91752-3506
24611466     WRIGHT EXPRESS,   PO BOX 6293,   CAROL STREAM IL  60197-6293
24611467    +XPDEX LOS ANGELES PRINTING,   17411 VALLEY BLVD,   LA PUENTE CA 91744-5159
24611468     XPEDEX LOS ANGELES,   PO BOX 31001-1382,   PASADENA CA  91110-1382
24611469     XPEDX STORES,   C/O PNC BANK,   PO BOX 677312,   DALLAS TX  75267-7312
```

The following entities were noticed by electronic transmission on Sep 15, 2009.
```
tr           EDI: QKSNAYLOR.COM Sep 14 2009 22:34:00      Karen S Naylor,   P.O. Box 504,
              Santa Ana, CA 92702-0504
smg          EDI: CALTAX.COM Sep 14 2009 22:35:00      Franchise Tax Board,   ATTN: Bankruptcy,   P.O. Box 2952,
              Sacramento, CA 95812-2952
24611427    +EDI: AMEREXPR.COM Sep 14 2009 22:33:00      AMERICAN EXPRESS,   PO BOX 0001,
              LOS ANGELES CA 90096-8000
24611442    +EDI: CALTAX.COM Sep 14 2009 22:35:00      FRANCHISE TAX BOARD,   SPECIAL PROCEDURES,   PO BOX 2952,
              SACRAMENTO CA 95812-2952
24611444     EDI: IRS.COM Sep 14 2009 22:33:00      INTERNAL REVENUE SERVICE,   INSOLVENCY GROUP 1,
              MAILSTOP 5501,   24000 AVILA ROAD,   LAGUNA NIGUEL CA  92677
24611450     EDI: NEXTEL.COM Sep 14 2009 22:34:00      NEXTEL COMMUNICATIONS,   PO BOX 4181,
              CAROL STREAM IL  60197-4181
                                                                                              TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24611422*   +ALL BLUEPRINT INC,   501 W COMMONWEALTH AVENUE,   FULLERTON CA 92832-1722
24611439*   +FARMERS AND MERCHANTS OF LONG BEACH,   315 N HARBOR BLVD,   FULLERTON CA 92832-1937
24611457*   +RANDY PLUMMER,   440 W COMMONWEALTH AVE,   FULLERTON CA 92832-1768
                                                                                        TOTALS: 0, * 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 16, 2009**                    **Signature:** _Joseph Speetjens_