KAREN SUE NAYLOR, Trustee
P.O. BOX 504
SANTA ANA, CA 92702-0504
Telephone (949) 262-1748
Facsimile (714) 708-3949

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:09-19730-ES |
| | Chapter 7 |
| ALL BLUEPRINT INC, | **NOTICE OF CONTINUED §341 (a)** |
| | **MEETING OF CREDITORS** |
| Debtor(s). | |

TO THE DEBTOR(S), THE ATTORNEY OF RECORD, AND THE OFFICE OF THE UNITED STATES TRUSTEE:

1. NOTICE IS HEREBY GIVEN that the Meeting of Creditors has been continued in the Debtor(s) case to:

    **DATE:** **December 11, 2009**
    **TIME:** **09:00 A.M.**
    **LOCATION:** **Chapter 7 Meeting Room, Suite 3110**
    **411 West Fourth Street**
    **Santa Ana, California**

2. The Trustee has requested that the debtor(s) furnish the Trustee with copies of certain documents.

3. A failure or refusal by the debtor(s) to provide the Trustee with the requested documents may result in the Trustee filing a Motion to Dismiss, or an Objection to the Debtor(s)' Discharge.

DATED: Oct 28, 2009    _/s/ Karen Sue Naylor, Trustee_
KAREN SUE NAYLOR, Trustee

I certify that I served the within Notice on the above Debtor(s) and his/her attorney of record and interested parties on 10/29/09.

_/s/ Alan Campora_