KAREN SUE NAYLOR, Trustee
P.O. BOX 504
SANTA ANA, CA 92702-0504
Telephone (949) 262-1748
Facsimile (714) 708-3949

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>ALL BLUEPRINT INC,<br><br>Debtor(s). | Case No. 8:09-19730-ES<br>Chapter 7<br><br>**NOTICE OF CONTINUED §341 (a) MEETING OF CREDITORS** |

TO THE DEBTOR(S), THE ATTORNEY OF RECORD, AND THE OFFICE OF THE UNITED STATES TRUSTEE:

1.  NOTICE IS HEREBY GIVEN that the Meeting of Creditors has been continued in the Debtor(s) case to:

    **DATE:** **January 13, 2010**
    **TIME:** **04:00 P.M.**
    **LOCATION:** **Chapter 7 Meeting Room, Suite 3110**
    **411 West Fourth Street**
    **Santa Ana, California**

2.  The Trustee has requested that the debtor(s) furnish the Trustee with copies of certain documents.

3.  A failure or refusal by the debtor(s) to provide the Trustee with the requested documents may result in the Trustee filing a Motion to Dismiss, or an Objection to the Debtor(s)' Discharge.

DATED: December 14, 2009        _____
                                KAREN SUE NAYLOR, Trustee

I certify that I served the within Notice on the above Debtor(s) and his/her attorney of record and interested parties on  12/14/09  .